IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RANDAL MILLER, ) | |
| ) | Case No.  4:14-CV-3222 |
| Plaintiff, ) | |
| ) | AFFIDAVIT OF SERVICE OF |
| v. ) | SUMMONS BY CERTIFIED MAIL |
| ) | |
| NCO GROUP INC. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

STATE OF NEBRASKA    )
                     ) ss
COUNTY OF LANCASTER  )

A copy of the attached summons, together with a copy of the Complaint filed herein, was mailed by certified mail, return receipt requested, showing to whom and where delivered and the date of the delivery, to NCO Group, Inc, at 507 Prudential Road, Horsham, PA 19044, on November 13, 2014, which was within ten days of issuance as requried by Nebraska statute.

The return was signed on November 17, 2014, and a copy is attached hereto all done pursuant to Neb. Rev. Stat. § 25-505.01

BY: _____
Jeffry D. Patterson, #20761
1141 "H" Street
Lincoln, NE 68508
(402) 476-2847
jpatterson@bartlegeierlaw.com

SUBSCRIBED AND SWORN to before me on this 24 day of November, 2014, by the above person known to me personally, or by satisfactory evidence, to be the person identified herein and subscribing hereto.

GENERAL NOTARY - State of Nebraska
TRACY L. PETSCHE
My Comm. Exp. Sept. 9, 2015

NOTARY PUBLIC

POSTAGE COST $6.69

1

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**BARTLE & GEIER**
Law Firm
1141 H STREET • P.O. BOX 83104
LINCOLN, NEBRASKA 68501-3104

CDP @ 11-13-14

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JCO Group, Inc.
507 Prudential Road
Horsham PA 19044

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☒ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                    11-17-14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. 7009 0820 0001 3134 5632

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

4:14-cv-03222-RGK-CRZ Doc # 5 Filed: 11/13/14 Page 1 of 2 - Page ID # 13

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| Randal Miller <br><br> *Plaintiff(s)* <br> v. <br><br> NCO Group, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 4:14cv3222 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NCO Group, Inc.
507 Prudential Road
Horsham, PA 19044

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Bartle & Geier
Jeffy D. Patterson
1411 H. St., Lincoln, NE 68508
Phone (402) 476-2847
jpatterson@bartlegeierlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/13/2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* SEE ATTACHED AFFIDAVIT

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____      _____
                          *Server's signature*

                        _____
                        *Printed name and title*

                        _____
                        *Server's address*

Additional information regarding attempted service, etc: