# UNITED STATES DISTRICT COURT
*District of Nebraska*
**APPLICATION FOR ADMISSION TO PRACTICE**
$176.00[1]

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 DEC -5 PM 1:24

OFFICE OF THE CLERK

Provide case number if admission requested by court: 4:14-CV-03222
Appearing on behalf of: Randal Miller

I, Aaron D. Radbil, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of Florida and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

0047117
(Bar Code if Bar Applicable)

Greenwald Davidson PLLC
5550 Glades Rd., Suite 500
Boca Raton, FL 33431
Phone: (561) 826-5477
Fax: (561) 961-5684

I, Aaron D. Radbil, being duly sworn on oath say: That as an officer of the United States District Court for the District of Nebraska, I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America; so help me God.

DATED this 13th day of November, 2014.      /s/ Aaron D. Radbil

==========================================================================

**(This portion must be completed and signed by either the clerk of the highest court in any state in which the applicant is admitted to practice OR by a member of the Bar of the United States District Court for the District of Nebraska).**

I hereby certify that the applicant is of good moral character and a member of the highest court of the state of Florida as certified by the applicant above. DATED this 13th day of November, 2014.

| **Clerk of the Supreme Court of the State of** _____ | **OR** | **Member of Bar, U.S. District Court For the District of Nebraska** /s/ Jeffry D. Patterson |
|---|---|---|
| (Please sign name) | | NE Bar Code # 20761 |

==========================================================================

IS ORDERED: Applicant is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska.

DATED this 5th day of December, 2014

(Deputy Clerk)

Last update 5/25/06                                                      n:\proc\forms\attyadm.wpd

12/5/14 mailed

[1] The $176.00 filing fee is waived for federal agency attorneys.

ECF