IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RANDAL MILLER, ) | |
| ) | Case No. 4:14-cv-03222 |
| Plaintiff, ) | |
| ) | STIPULATION FOR EXTENSION OF |
| v. ) | TIME TO FILE RESPONSIVE |
| ) | PLEADINGS |
| NCO GROUP INC., ) | |
| ) | |
| Defendant. ) | |

### JOINT STIPULATION FOR EXTENSION OF TIME

NOW COMES defendant NCO Financial Systems, Inc., improperly identified as NCO Group, Inc. (NCO), by and through undersigned counsel, and plaintiff Randal Miller (Plaintiff), by and through undersigned counsel, and hereby jointly stipulate that NCO shall have a 21-day extension of time to respond to plaintiff's Complaint, up to and including December 29, 2014.

Dated: December 11, 2014

Respectfully submitted,

_____
Adam J Prochaska #22307
Harding & Shultz P.C., L.L.O.
800 Lincoln Square
121 South 13th Street
P.O. Box 82028
Lincoln, NE 68501
Telephone: (402) 434-3000
Facsimile: (402) 434-3030
aprochaska@hslegalfirm.com

_____
Aaron D. Radbil
Greenwald Davidson PLLC
5550 Glades Rd, Ste. 500
Boca Raton, FL 33431
Phone: (561) 826-5477
aradbil@mgjdlaw.com