# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RANDAL MILLER, | ) |
| | ) |
| | ) Case No. 4:14-cv-03222-RGK-CRZ |
| Plaintiff, | ) |
| | ) |
| - vs- | ) **NOTICE OF SERVICE OF** |
| | ) **RULE 26 MANDATORY** |
| NCO GROUP INC. | ) **DISCLOSURES** |
| | ) |
| Defendant. | ) |

Defendant, NCO Financial Systems, Inc. (hereinafter "NCO"), hereby gives notice that on this 5th day of February, 2015, it served its Rule 26 Mandatory Disclosures on the Plaintiff's attorney, Jeffrey D. Patterson, 1411 H. St. Lincoln, Nebraska 68508, by United States mail, postage prepaid.

Dated this 5th day of February, 2015

                                                    Respectfully submitted,

                                                    __/s/ Adam Prochaska_____
                                                    Adam J. Prochaska, Esq.
                                                    Harding & Shultz
                                                    800 Lincoln Square
                                                    121 South 13th Street
                                                    P. O. Box 82028
                                                    Lincoln, Nebraska 68501-2028
                                                    Telephone: (402) 434-3000
                                                    Facsimile: (402) 434-3030
                                                    Email: aprochaska@hslegalfirm.com
                                                    Attorneys for Defendant
                                                    NCO Financial Systems, Inc.

# CERTIFICATE OF SERVICE

I certify that on this 5th day of February, 2015, a copy of the foregoing **Notice of Service of Rule 26 Mandatory Disclosures** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Jeffrey D. Patterson
1411 H. St.
Lincoln, NE 68508
Phone: (402) 476-2847
jpatterson@bartlegeierlaw.com

Aaron D. Radbil
Greenwald Davidson PLLC
5550 Glades Rd, Ste. 500
Boca Raton, FL 33431
Phone: (561) 826-5477
aradbil@mgjdlaw.com

By: ___/s/ Adam Prochaska_____
      Adam J. Prochaska, Esq.

WPDATA:3:7996:970:1676076.doc