IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RANDAL MILLER, | )<br>)<br>) Case No. 4:14-cv-03222-RGK-CRZ<br>) |
| Plaintiff, | )<br>) |
| - vs- | ) **NOTICE OF SERVICE OF**<br>) **FIRST SET OF DISCOVERY** |
| NCO GROUP INC. | ) **REQUESTS TO PLAINTIFF**<br>) |
| Defendant. | ) |

Defendant, NCO Financial Systems, Inc., ("NCO"), erroneously identified as NCO Group, Inc., by and through counsel, hereby gives notice that on this 25th day of February, 2015, it served DEFENDANT, NCO FINANCIAL SYSTEMS, INC'S FIRST SET OF DISCOVERY REQUESTS DIRECTED TO PLAINTIFF RANDALL MILLER on the Plaintiff's attorneys, Jeffrey D. Patterson, 1411 H. St. Lincoln, Nebraska 68508, and Aaron D. Radbil, Greenwald Davidson PLLC, 5550 Glades Rd, Ste. 500, Boca Raton, FL 33431, by United States mail, postage prepaid.

1

Dated this 25th day of February, 2015

        Respectfully submitted,

        __/s/ Adam Prochaska_____
        Adam J. Prochaska, Esq.
        Harding & Shultz
        800 Lincoln Square
        121 South 13th Street
        P. O. Box 82028
        Lincoln, Nebraska  68501-2028
        Telephone: (402) 434-3000
        Facsimile:  (402) 434-3030
        Email: aprochaska@hslegalfirm.com
        Attorneys for Defendant
        NCO Financial Systems, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on this 25th day of February, 2015, a copy of the foregoing Notice was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel.  Parties may access this filing through the Court's system.

        By:   __/s/ Adam Prochaska_____
                  Adam J. Prochaska, Esq.

I:\3\7996\970\005.doc