IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RANDAL MILLER, | ) | Case No. 4:14-cv-03222-RGK-CRZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF SUBSTITUTION** |
| v. | ) | **OF COUNSEL** |
| | ) | |
| NCO GROUP INC., | ) | |
| | ) | |
| Defendant. | ) | |

Adam J. Prochaska of O'Neill, Heinrich, Damkroger, Bergmeyer & Shultz, PC, LLO enters his appearance on behalf of the Defendant in the above-captioned case in substitution of Harding & Shultz, PC, LLO, which ceased business operations effective March 15, 2015.

Dated this 6th day of April, 2015.

        NCO FINANCIAL SYSTEMS, INC.,
        Defendant

        BY:   O'NEILL HEINRICH DAMKROGER
                BERGMEYER & SHULTZ PC LLO and
                ADAM J. PROCHASKA – 22307
                800 Lincoln Square
                121 S. 13th Street
                Lincoln, Nebraska 68508
                Telephone (402) 434-3000
                Facsimile (402) 434-3030
                Email aprochaska@ohdbslaw.com

        BY:   s/ Adam J. Prochaska
                One of Said Attorneys

## CERTIFICATE OF SERVICE

      I hereby certify that on April 6, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.

                                      BY:    <u>s/ Adam J. Prochaska</u>
                                                      One of Said Attorneys

I:\3\7996\970\006.docx