## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RANDAL MILLER, | ) |
| | ) |
| | ) Case No. 4:14-cv-03222-RGK-CRZ |
| Plaintiff, | ) |
| | ) |
| - vs- | ) **NOTICE OF SETTLEMENT** |
| | ) |
| NCO GROUP INC. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Defendant NCO Financial Systems, Inc., erroneously identified as NCO Group, Inc., by and through undersigned counsel, hereby provides notice to the court that a settlement agreement between the parties has been reached. The parties will prepare settlement documents and expect to file a Stipulation of Dismissal with Prejudice within 60 days.

Respectfully submitted,

s/ Adam J. Prochaska
Adam J. Prochaska, Esq.
Harding & Shultz
800 Lincoln Square
121 South 13th Street
P. O. Box 82028
Lincoln, Nebraska 68501-2028
Telephone: (402) 434-3000
Facsimile: (402) 434-3030
Email: aprochaska@hslegalfirm.com
Attorneys for Defendant
NCO Financial Systems, Inc.

# CERTIFICATE OF SERVICE

I certify that on this 23rd day of April, 2015, a copy of the foregoing **Notice of Settlement** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Jeffrey D. Patterson
1411 H. St.
Lincoln, NE 68508
Phone: (402) 476-2847
jpatterson@bartlegeierlaw.com

Aaron D. Radbil
Greenwald Davidson PLLC
5550 Glades Rd, Ste. 500
Boca Raton, FL 33431
Phone: (561) 826-5477
aradbil@mgjdlaw.com

By: s/ Adam J. Prochaska
Adam J. Prochaska, Esq.

I:\3\7996\970\Settlement Notice.doc