UNITED STATES DISTRICT COURT
FOR NEBRASKA
LINCOLN DIVISION

| | |
|---|---|
| RANDAL MILLER, ) | |
| ) | Case No. 4:14-cv-03222-RGK-CRZ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NCO GROUP INC. ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate to dismiss this matter with prejudice in its entirety.

Dated: May 15, 2015              Respectfully Submitted,

/s/ Aaron D. Radbil
Aaron D. Radbil
Greenwald Davidson PLLC
106 East Sixth Street, Suite 913
Austin, Texas 78701
Phone: (512) 322-3912
Fax: (561) 961-5684
aradbil@gdrlawfirm.com

/s/ Adam J. Prochasaka
ADAM J. PROCHASKA – 22307
O'NEILL HEINRICH DAMKROGER
BERGMEYER & SHULTZ PC LLO and
800 Lincoln Square
121 S. 13th Street
Lincoln, Nebraska 68508
Telephone (402) 434-3000
Facsimile (402) 434-3030
Email aprochaska@ohdbslaw.com

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 15, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        <u>/s/ Aaron D. Radbil</u>
                                        Aaron D. Radbil