IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RANDAL MILLER, | ) | 4:14CV3222 |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| NCO GROUP, INC., | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation (filing 21) and Fed.R.Civ.P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice.

DATED this 18th day of May, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge